UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AUGUST-BJURBERG,<br><br>    Plaintiff,<br><br>v.<br><br>MARK ROBBINS, et al.,<br><br>    Defendants. | Case No. 14-cv-03353-VC<br><br>**JUDGMENT** |

For the reasons stated in the Order of Dismissal, this case is DISMISSED with prejudice. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: January 14, 2015

_____
VINCE CHHABRIA
United States District Judge